UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER MICHAEL TAYLOR,

          Plaintiff,

v.

KING COUNTY WA, et al.,

          Defendants.

Case No. 2:21-cv-1182-MJP-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   Plaintiff's application to proceed *in forma pauperis* (Dkt. 1, 4) is DENIED; and

(3)   Plaintiff's complaint is DISMISSED with prejudice.

Dated this 2nd day of November, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1